# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nathan, Alison J. | U.S. District Court, Southern District of New York | 08/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisor on the Restatement of the Law, Copyright Project | American Law Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2016 | NYU School of Law (teaching income) | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2016 | NYU School of Law Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Harvard Law School | November 1, 2016 | Cambridge, MA | Moot Court Final | Transportation, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient | Student Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Emigrant Direct (cash) | A | Interest | J | T | | | | | |
| 2. Bank of America (cash) (X) | | None | K | T | | | | | |
| 3. Chase (cash) (X) | A | Interest | L | T | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 6. ASG Managed Futures Str Fd ASFYX | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 7. | | | | | Sold (part) | 12/12/16 | J | | |
| 8. Baron Real Estate Fund Class INSTL | | None | J | T | Buy | 11/10/16 | J | | |
| 9. Blackrock Global Long Short Credit Fund BGCIX | | None | | | Sold | 02/26/16 | J | | |
| 10. Blackrock Strategic Muni Opportunities Fund Instl MAMTX | A | Dividend | J | T | Sold (part) | 11/10/16 | J | | |
| 11. Boston Partners Global Long Short Fund INSTL CL | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 12. | | | | | Sold (part) | 11/10/16 | J | | |
| 13. Boston Partners Long / Short Equity Fd Instl BPLSX | | None | J | T | Sold (part) | 02/26/16 | J | | |
| 14. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 15. | | | | | Sold (part) | 11/10/16 | J | | |
| 16. Boston Partners Long Short Research FD | | None | | | Buy | 02/26/16 | J | | |
| 17. | | | | | Buy (add'l) | 07/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 11/10/16 | J | | |
| 19. Congress Midcap Growth Fund | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 20. Fidelity Advisor Biotechnology Fund FBTIX | A | Dividend | J | T | | | | | |
| 21. Fidelity Advisor Industrials Fund FCLIX | A | Dividend | | | Sold | 02/26/16 | J | | |
| 22. Franklin Intl Small Cap FKSCX | A | Dividend | J | T | Sold (part) | 07/07/16 | J | | |
| 23. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 24. Franklin Mutual Global Discovery Z MDISX | A | Dividend | | | Sold | 02/26/16 | J | | |
| 25. FRT TRT VAL INDX | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 26. GS Multi Manager Alternatives FD | A | Dividend | | | Buy | 02/26/16 | J | | |
| 27. | | | | | Sold | 11/10/16 | J | | |
| 28. Guggenheim S&P 500 Equal Weight Technology ETF RYT | A | Dividend | J | T | | | | | |
| 29. Ishares Edge MSCI | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 30. Ishares US Helathcare | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 31. Ivy Science and Technology Fund ISTIX | A | Dividend | | | Sold | 04/04/16 | J | | |
| 32. John Hancock Intl Growth Fund GOGIX | A | Dividend | J | T | Sold (part) | 02/26/16 | J | | |
| 33. Kayne Anderson MLP KYN | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 34. Loomis Sayles Strategic NEZYK | A | Dividend | J | T | Buy | 02/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lord Abbett Short Duration Income Fd LDLFX | A | Dividend | J | T | | | | | |
| 36. MFS Emerging Markets Debt Fd MEDIX | A | Dividend | J | T | | | | | |
| 37. Nuveen Short Duration Credit Opportunities Fund | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 38. Nuveen Short Duration Hi Yld Muni Bd Fd NVHIX | A | Dividend | | | Sold | 02/26/16 | J | | |
| 39. Pimco All Asset Fund CL P | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 40. Pimco Foreign Bond Fd. PFBPX | A | Dividend | | | Sold | 02/26/16 | J | | |
| 41. Pimco RAE Fundamental Plus Fund PIXPX | A | Dividend | | | Sold | 02/08/16 | J | | |
| 42. Pimco Income Fund PONPX | A | Dividend | J | T | Buy (add'l) | 02/26/16 | J | | |
| 43. | | | | | Sold (part) | 11/10/16 | J | | |
| 44. Primecap Odyssey Growth Fund | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 45. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 46. Prudential Jennison Health Sciences PHSZX | | None | | | Sold | 11/10/16 | J | | |
| 47. SPDR® S&P 500 ETF Trust | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 48. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 49. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 50. | | | | | Sold (part) | 11/10/16 | J | | |
| 51. SunAmerica Focused Dividend Strategy FDSWX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Rowe Price Capital Appreciation Fd Retail PRWCX | A | Dividend | J | T | | | | | |
| 53. TCW Total Return Bond Fd TGLMX | A | Dividend | J | T | Sold (part) | 02/26/16 | J | | |
| 54. The Oakmark Intl Fund OAKIX (X) | A | Dividend | J | T | Sold (part) | 02/08/16 | J | | |
| 55. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 56. Touchstone Sands Capital Select Growth Fund CFSIX | A | Dividend | | | Sold (part) | 02/08/16 | J | | |
| 57. | | | | | Sold | 02/26/16 | J | | |
| 58. Thornburg Global Opportunities Fund CL I | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 59. | | | | | Sold (part) | 07/07/16 | J | | |
| 60. Victory Sycamore Established Value Fund | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 61. Wisdomtree Trust Japan Hedged Equity Fd DXJ | A | Dividend | | | Sold | 06/03/16 | J | | |
| 62. Wisdomtree Europe Hedged Equity Fund HEDJ | A | Dividend | | | Sold | 02/08/16 | J | | |
| 63. Brokerage Account #2 (H) | | | | | | | | | |
| 64. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 65. ASG Managed Futures Str Fd ASFYX | A | Dividend | | | Sold | 12/15/16 | J | | |
| 66. Baron Real Estate Fund | | None | J | T | Buy | 02/26/16 | J | | |
| 67. Blackrock Strategic Muni Opportunities Fund Instl MAMTX | A | Dividend | J | T | | | | | |
| 68. Boston Partners Global Long Short Fund INSTL CL | A | Dividend | J | T | Buy | 02/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Boston Partners Long / Short Equity Fd Instl BPLSX | A | Dividend | J | T | Buy (add'l) | 02/26/16 | J | | |
| 70. Boston Partners Long Short Research FD INSTL (X) | | None | | | Sold (part) | 02/26/16 | J | | |
| 71. | | | | | Sold | 11/10/16 | J | | |
| 72. Congress Midcap Growth Fund INSTL Class | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 73. Delaware National High Yield Muni Bond DVHIX) | A | Dividend | J | T | Sold (part) | 02/26/16 | J | | |
| 74. Fidelity Advisor Biotechnology Fund FBTIX | | None | | | Sold | 11/10/16 | J | | |
| 75. Fidelity Advisor Industrials Fund FCLIX | A | Dividend | | | Sold | 02/26/16 | J | | |
| 76. Franklin Intl Small Cap FKSCX | A | Dividend | J | T | | | | | |
| 77. Franklin Mutual Global Disclovery Fd Cl Z MDISX | A | Dividend | | | Sold | 02/26/16 | J | | |
| 78. FRT TRT Val Indx | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 79. GS Multi Manager ALternatives FD INSTL CL | A | Dividend | | | Buy | 02/26/16 | J | | |
| 80. | | | | | Sold | 11/10/16 | J | | |
| 81. Guggenheim S&P 500 Equal Weight Technology ETF RYT | A | Dividend | J | T | Buy (add'l) | 04/04/16 | J | | |
| 82. Ishares Edge MSCI | A | Distribution | J | T | Buy | 11/10/16 | J | | |
| 83. Ishares Nasdaq Biotech | A | Distribution | J | T | Buy | 11/10/16 | J | | |
| 84. Ishares S&P MId-Cap 400 | A | Distribution | J | T | Buy | 11/10/16 | J | | |
| 85. Ishares US Healthcare | A | Distribution | J | T | Buy | 11/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ivy Science and Technology Fund ISTIX | | None | | | Sold | 04/04/16 | J | | |
| 87. John Hancock Intl Growth Fund GOGIX | A | Dividend | J | T | | | | | |
| 88. Kayne Anderson MLP KYN | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 89. Lord Abbett Intermediate LISFX | A | Dividend | J | T | | | | | |
| 90. MFS MUNI Limited Maturity FD CL I | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 91. Nuveen Real Asset Income Fund | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 92. Nuveen Short Duration Hi Yld Muni Bd Fd NVHIX | A | Dividend | J | T | Sold (part) | 02/26/16 | J | | |
| 93. Primecap Odyssey Growth Fund CL | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 94. Prudential Jennison Health Sciences PHSZX | A | Dividend | | | Sold | 11/10/16 | J | | |
| 95. SunAmerica Focused Dividend Strategy FDSWX | A | Dividend | J | T | | | | | |
| 96. T Rowe Price Capital Appreciation Fd Retail PRWCX | A | Dividend | J | T | | | | | |
| 97. The Oakmark Intl Fund OAKIX | A | Dividend | J | T | | | | | |
| 98. The Oakmark Select Fund OAKLX | A | Dividend | J | T | | | | | |
| 99. Thornburg Global Opportunities Fund CL I | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 100. Touchstone Sands Capital Select Growth Fund CFSIX | | None | | | Sold | 02/08/16 | J | | |
| 101. Vanguard S&P 500 Growth | A | Dividend | | | Buy | 01/04/16 | J | | |
| 102. | | | | | Sold | 02/26/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard S&P 500 Values ETF | A | Dividend | | | Buy | 01/04/16 | J | | |
| 104. | | | | | Sold | 02/26/16 | J | | |
| 105. Wisdomtree Europe Hedged Equity Fund HEDJ | A | Dividend | | | Sold | 02/08/16 | J | | |
| 106. Brokerage Account #3 (H) | | | | | | | | | |
| 107. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 108. ASG Managed Futures Str Fd ASFYX | A | Dividend | | | Sold | 12/15/16 | J | | |
| 109. Baron Real Estate Fund | | None | J | T | Buy | 02/26/16 | J | | |
| 110. Blackrock Strategic Muni Opportunities Fund Instl MAMTX | A | Dividend | J | T | Sold (part) | 11/10/16 | J | | |
| 111. Boston Partners Global Long Short Fund | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 112. Boston Partners Long / Short Equity Fd Instl BPLSX | A | Dividend | J | T | Sold (part) | 02/26/16 | J | | |
| 113. Boston Partners Long Short Research Fund | | None | J | T | Buy | 02/26/16 | J | | |
| 114. Columbia Absolute Return | | None | J | T | Buy | 02/08/16 | J | | |
| 115. Columbia Balanced Fund | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 116. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 117. Fidelity Advisor Biotechnology Fd FBTIX | A | Dividend | J | T | | | | | |
| 118. Franklin Intl Small Cap Growth Fund FKSCX | A | Dividend | | | Sold | 02/26/16 | J | | |
| 119. Franklin Mutual Global Disclovery Fd Cl Z MDISX | A | Dividend | | | Sold | 02/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Guggenheim S&P 500 Equal Weight Technology ETF RYT | A | Dividend | | | Sold | 02/26/16 | J | | |
| 121. Ishares US Consumer Goods EFT IYK | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 122. Ishares US Healthcare | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 123. Kayne Anderson MLP KYN | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 124. Loomis Sayles Strategic NEZYK | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 125. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 126. Lord Abbett Short Duration Income Fd LDLFX | A | Dividend | J | T | Sold (part) | 11/10/16 | J | | |
| 127. MFS Diversified Income Fund DIFIX | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 128. Nuveen Real Asset Income Fund NRIIX | A | Dividend | J | T | | | | | |
| 129. Pimco All Asset Fund | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 130. Pimco Foreign Bond Fd PFBPX | A | Dividend | J | T | | | | | |
| 131. Pimco Income Fund PONPX | A | Dividend | J | T | Buy (add'l) | 02/26/16 | J | | |
| 132. Pimco Rae Fundamental Plus Fund PIXPX | A | Dividend | | | Sold | 02/08/16 | J | | |
| 133. Primecap Odyssey Growth Fund | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 134. Prudential Jennison Health Sciences PHSZX | | None | | | Sold | 11/10/16 | J | | |
| 135. SPDR® KBW Reigonal Banking ETF KRE | | None | | | Sold | 02/26/16 | J | | |
| 136. SPDR S&P 500 Trust | A | Dividend | | | Buy | 02/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold | 11/10/16 | J | | |
| 138. SunAmerica Focused Dividend Strategy FDSWX | A | Dividend | J | T | | | | | |
| 139. T. Rowe Price Capital Appreciation Fd Retail PRWCX (X) | A | Dividend | J | T | | | | | |
| 140. TCW Total Return Bond Fd TGLMX | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 141. The Oakmark Intl Fund OAKIX | A | Dividend | J | T | | | | | |
| 142. Thornburg Global Oppoertunities Fund | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 143. Touchstone Sands Capital Select Growth Fund CFSIX | A | Dividend | | | Sold | 02/26/16 | J | | |
| 144. Vanguard S&P 500 Growth | A | Dividend | | | Buy | 01/04/16 | J | | |
| 145. | | | | | Sold | 02/26/16 | J | | |
| 146. Vanguard S&P 500 Values ETF | A | Dividend | | | Buy | 01/04/16 | J | | |
| 147. | | | | | Sold | 02/26/16 | J | | |
| 148. Brokerage Account #4 (H) | | | | | | | | | |
| 149. TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 150. Apple Inc Stock, AAPL | A | Dividend | K | T | | | | | |
| 151. Retirement Plan #1 (H) | | | | | | | | | |
| 152. Vanguard Target Retirement 2040 | D | Dividend | N | T | | | | | |
| 153. Vanguard Target Retirement 2020 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Vanguard FTSE Social Index | A | Dividend | L | T | | | | | |
| 155.  529 Account #1 (H) | | | | | | | | | |
| 156.  J.P Morgan Moderate Growth Age-Based Portfolio C | A | Dividend | J | T | | | | | |
| 157.  529 Account #2 (H) | | | | | | | | | |
| 158.  NextGen Blackrock Age 0-7 Years Portfolio C (X) | A | Dividend | J | T | | | | | |
| 159.  NextGen Franklin Templeton Age 0-8 Years Portfolio C (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: This is a non-interest bearing account.

Part VII, lines 155 and 156 are merged entries of lines 126-131 of the 2015 report. No reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Alison J. Nathan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544